IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FONA INTERNATIONAL INC.** an Illinois Corporation, | ) ) ) | |
| **Plaintiff,** | ) ) ) | **Civil Action No.** |
| vs. | ) ) ) | **Judge** |
| **MCCORMICK & COMPANY, INCORPORATED**, a Maryland Corporation | ) ) ) ) | **Jury Demanded** |
| **Defendant.** | ) ) | |

**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION AND ILLINOIS STATE
AND COMMON LAW CAUSES OF ACTION**

Plaintiff, FONA International Inc. (hereinafter referred to as "FONA" or "Plaintiff") for its Complaint for trademark infringement, unfair competition, consumer fraud and deceptive trade practice against McCormick & Company, Incorporated ("McCormick" or "Defendant") states and alleges as follows:

**NATURE OF THE ACTION**

1.  This is an action for federal trademark infringement and unfair competition arising under the Trademark Act of 1946, as amended, including 15 U.S.C. §1125(a) and the common and statutory law of the State of Illinois, as set forth hereinafter.

**THE PARTIES**

2.  FONA is an Illinois corporation having a place of business located at 1900 Averill Road, Geneva, Illinois 60134. FONA is a developer and manufacturer of flavors and complete flavor solutions for various food, beverage, nutraceutical and pharmaceutical companies in the

1

world. FONA also provides educational seminars and workshops in the field of flavors to numerous individuals in the flavor industry.

3. McCormick is a Maryland corporation having a place of business at 18 Loveton Circle, Sparks, Maryland 21152. McCormick markets and distributes spices, seasoning mixes, condiments and other flavorful products to the food industry. Among other things, McCormick provides flavor systems to multi-national food manufacturers and global restaurant chains.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over FONA's claims and this action pursuant to 28 U.S.C. §§ 1331, 1338 and 1367(a).

5. This Court has personal jurisdiction over McCormick because McCormick transacts business in this District, has infringed FONA's trademark rights in this District, has committed tortious acts in this District, and has engaged in activities alleged herein that subject it to the jurisdiction of this Court.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the claims associated herein occurred in this District and FONA has a place of business in this District and is an Illinois resident.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

7. Since 2005, FONA has provided educational seminars and workshops in the field of flavors to numerous individuals in the flavor industry under its FLAVOR UNIVERSITY trademark. Since its inception, FONA has continuously used the FLAVOR UNIVERSITY trademark in connection with the educational services it offers and provides, along with the printed materials associated therewith.

8. FONA has expended a substantial amount of time, money and effort promoting and marketing its distinctive and famous FLAVOR UNIVERSITY trademark. As a result of its widespread promotion and use, FONA's FLAVOR UNIVERSITY trademark has become: (i) extremely well known among consumers in the relevant market and community; and (ii) uniquely associated with and hence distinctive, as an identifier of FLAVOR UNIVERSITY as the source of educational seminars and workshop in the field of flavors, and associated printed materials.

9. FONA has been continually recognized for its quality and reputation of its company and services.

10. For thirteen years in a row, FONA has been honored as an Elite Winner in the 101 Best and Brightest Companies to Work For by the National Association for Business Resources.

11. In May of 2018, Forbes magazine named FONA a Small Giant, one of America's best small companies.

12. In 2018, Fortune magazine named FONA as the number two medium-sized workplace in Chicago and the forty-third ranked workplace nationally in the small/medium category.

13. Further, FONA has actively and continuously promoted its educational services through its website at https://www.fona.com/learn/flavor-university.

14. FONA is the owner of United States Trademark Registration No. 3,263,518 for FLAVOR UNIVERSITY for "Printed materials, namely brochures, notepads and instructional, educational and teaching materials in the field of flavors; Educational seminars and workshops in the field of flavors."

15. Registration No. 3,263,518 issued on July 10, 2007 and alleges use of the FLAVOR UNIVERSITY trademark in commerce at least as early as August 24, 2005.

16. FONA is the owner of United States Trademark Registration No. 4,487,635 for FLAVOR UNIVERSITY for "Printed instructional, educational, and teaching materials in the field of flavors; Education services, namely, providing on-line seminars and workshops in the field of flavors; Education services, namely, providing seminars and workshops in the field of flavors."

17. Registration No. 4,487,635 issued on February 25, 2014 and alleges use of the FLAVOR UNIVERSITY trademark in commerce at least as early as August 24, 2005.

18. FONA has continuously used the FLAVOR UNIVERSITY trademark in commerce in connection with the printed materials and educations services, seminars and workshops since as least as early as August 24, 2005.

19. The FLAVOR UNIVERSITY trademark is valid. Copies of the registration certificates for the FLAVOR UNIVERSITY trademark are attached hereto as **Exhibits A and B.**

20. Pursuant to 15 U.S.C. § 1057(b), the certificate of United States Trademark Registration No. 4,487,635 for FLAVOR UNIVERSITY is *prima facie* evidence of the validity of the FLAVOR UNIVERSITY trademark as well as FONA's ownership and exclusive right to use the FLAVOR UNIVERSITY trademark in connection with the goods and services identified in the registration certificate.

21. Defendant has utilized a FLAVOR UNIVERSITY designation, identical to FONA's FLAVOR UNIVERSITY trademark, in various publications, advertisements and social media accounts in connection with the promotion of Defendant and Defendant's educational services.

22. A search for FLAVOR UNIVERSITY trademark on the Internet results in consumers being directed to Defendant's publications and social media that utilize the FLAVOR UNIVERSITY trademark instead of the registered mark owned and registered by FONA.

23. Defendant uses the FLAVOR UNIVERSITY trademark to, among other things, try and attract individuals in the flavor industry to come and work for Defendant.

24. FONA, through its counsel, sent a letter dated April 13, 2018 to Defendant notifying Defendant of FONA's rights in the FLAVOR UNIVERSITY trademark and demanding that Defendant cease using the FLAVOR UNIVERSITY trademark.

25. FONA, through its counsel, sent a letter dated May 14, 2018 to Defendant's counsel, identifying several instances of Defendant's ongoing use of the FLAVOR UNIVERSITY trademark on the Internet.

26. FONA, through its counsel, sent to Defendant notice of additional instances of Defendant's use of the FLAVOR UNIVERSITY trademark online.

27. Through discussions among FONA and Defendant, Defendant indicated to FONA that it would take steps to remedy the matter.

28. At the time of filing of this lawsuit, Defendant has not removed or otherwise modified its online materials that contain the FLAVOR UNIVERSITY trademark.

29. On information and belief, Defendant has not taken any steps to remedy its use of FONA's FLAVOR UNIVERSITY trademark.

30. Defendant's actions are likely to cause confusion, mistake and deception as to the affiliation, connection or association of Defendant with FONA, and as to the origin, sponsorship or approval of Defendant's services.

31. Defendant has acted with reckless disregard for FONA's rights, or was willfully blind in connection with their unlawful activities.

32. By continuing to use FONA's FLAVOR UNIVERSITY trademark, Defendant has willfully and maliciously engaged in their infringing activities.

33. If Defendant's actions causing such continuing likelihood of confusion, mistake and deception, they will inflict irreparable harm to the goodwill symbolized by FONA's FLAVOR UNIVERSITY trademark, for which FONA has no adequate remedy at law.

34. All of the actions of Defendant in connection with the FLAVOR UNIVERSITY trademark have been without the authorization or consent of FONA.

## COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1114(1), Through Use of the FLAVOR UNIVERSITY trademark by Defendant)

35. FONA incorporates by reference the allegations set forth in Paragraphs 1 through 34 above and as for this Paragraph 35 as though fully set forth herein.

36. Defendant' unauthorized and infringing use of the FLAVOR UNIVERSITY trademark, as alleged herein, is likely to cause confusion, mistake or deception as to the source, sponsorship or approval of Defendant's services by FONA. The consuming public is likely to believe that Defendant's services originate with FONA, are licensed, sponsored or approved by FONA, or are in some way connected with or related to FONA, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

37. Defendant's infringing acts have occurred in interstate commerce and have caused, and unless restrained by this Court, will continue to cause, serious and irreparable injury to FONA, and to its goodwill and business reputation.

38. FONA has no adequate remedy at law. Monetary damages are inadequate to compensate FONA for the injuries caused or likely to be caused by Defendant. FONA's injuries and likely injuries include, without limitation, loss of sales and future sales, diminished goodwill, brand erosion and irreparable injury to FONA's market position and reputation in the marketplace.

39. As a result of Defendant's infringement of the FLAVOR UNIVERSITY trademark, FONA has incurred damages in an amount to be proven at trial.

40. Defendant's infringement of the FLAVOR UNIVERSITY trademark is deliberate, willful, and without any extenuating circumstances, constitutes a knowing use of FONA's mark and is thus an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117. FONA is therefore entitled to recover three times the amount of its actual damages, and its attorneys' fees and costs incurred in this action and prejudgment and post judgment interest.

### COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a), Through Use of the FLAVOR UNIVERSITY trademark by Defendant)

41. FONA incorporates by reference the allegations set forth in Paragraphs 1 through 34 above and as for this Paragraph 41 as though fully set forth herein.

42. Defendant's use of the FLAVOR UNIVERSITY trademark without authority is likely to cause confusion, mistake and/or deception as to the origin, sponsorship and/or affiliation of FONA's goods and services with those of Defendant, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a).

43. The confusion, mistake or deception referred to herein arises out of the aforesaid acts of Defendant, which, among other things, constitutes false designation of origin and unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended, 15 U.S.C. § 1125(a).

44. By reason of the acts of Defendant alleged herein, FONA has suffered, is suffering and will continue to suffer irreparable damage and, unless Defendant is restrained from continuing these wrongful acts, the damage to FONA will increase. In particular, Defendant's use of FLAVOR UNIVERSITY as complained of herein is likely to cause FONA's FLAVOR UNIVERSITY trademark to lose its distinctiveness and significance as an indicator of origin. Moreover, a likelihood of confusion is created by Defendant's unauthorized use of the FLAVOR UNIVERSITY trademark.

45. Defendant's acts of trademark infringement and unfair competition are deliberate, willful and without any extenuating circumstances, and constitutes a knowing use of FONA's mark and is an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117. FONA is therefore entitled to recover three times the amount of its actual damages, its reasonable attorneys' fees and costs incurred in this action and prejudgment and post judgment interest.

46. FONA has no adequate remedy at law. Monetary damages are inadequate to compensate FONA for the injuries caused or likely to be caused by Defendant. FONA's injuries and likely injuries include, without limitation, loss of sales and future sales, diminished goodwill, brand erosion and irreparable injury to FONA's market position and reputation in the marketplace.

**COUNT III**
**(Violation of the Illinois Consumer Fraud and Deceptive**

**Business Practices Act, 815 ILCS 505/1 *et seq.*)**

47. FONA incorporates by reference the allegations set forth in Paragraphs 1 through 34 above and as for this Paragraph 47 as though fully set forth herein.

48. Defendant's infringing use of the FLAVOR UNIVERSITY trademark has caused, and is likely to cause in the future, a public injury and a detrimental effect on consumers as to the origin, affiliation and/or sponsorship of Defendant's services, inasmuch as they give rise to the false understanding that Defendant has some connection with FONA. Said acts constitute unfair methods of competition and unfair or deceptive acts or practices in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.*

49. Defendant's deceptive business and advertising practices have caused and, unless restrained by this Court, will continue to cause, serious and irreparable injury to FONA.

50. The aforesaid acts were undertaken willfully, with an intentional disregard of the rights of FONA and with the intention of causing confusion, mistake or deception.

51. FONA has no adequate remedy at law. Monetary damages are inadequate to compensate FONA for the injuries caused or likely to be caused by Defendant. FONA's injuries and likely injuries include, without limitation, loss of sales and future sales, diminished goodwill, brand erosion and irreparable injury to FONA's market position and reputation in the marketplace.

52. As a result of Defendant's violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.*, FONA has also incurred damages in an amount to be proven at trial, plus attorneys' fees and costs incurred in this action and prejudgment and post judgment interest.

## COUNT IV
**(Violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*)**

53. FONA incorporates by reference the allegations set forth in Paragraphs 1 through 34 above and as for this Paragraph 53 as though fully set forth herein.

54. As alleged herein, Defendant's infringing use of the FLAVOR UNIVERSITY trademark has caused, and is likely to cause in the future, a public injury and a detrimental effect on consumers as to the origin, affiliation and/or sponsorship of Defendant's services, inasmuch as they give rise to the false understanding that Defendant has some connection with FONA. Said acts constitute deceptive trade practices in the course of Defendant's business, in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1, *et seq.*

55. Defendant's deceptive trade practices have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to FONA.

56. The aforesaid acts were undertaken willfully, with an intentional disregard of the rights of FONA and with the intention of causing confusion, mistake or deception.

57. FONA has no adequate remedy at law. Monetary damages are inadequate to compensate FONA for the injuries caused or likely to be caused by Defendant. FONA's injuries and likely injuries include, without limitation, loss of sales and future sales, diminished goodwill, brand erosion and irreparable injury to FONA's market position and reputation in the marketplace.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff FONA International Inc. respectfully requests that this Court enter judgment in its favor and against Defendant McCormick & Company, Incorporated, and enter an order granting the following relief:

1. Declaring that Defendant has violated Sections 32(1) and 43(a) of the Lanham Act and that such violations were willfully committed;

2. Declaring that Defendant has committed acts of unfair competition and deceptive business and trade practices in violation of 815 ILCS 505/1, *et seq.* and 815 ILCS 510/1 *et seq.* and Illinois common law and that such acts were willfully committed;

3. Declaring that Defendant has committed unfair competition with FONA in violation of the common law;

4. Ordering that Defendant, its officers, directors, agents, servants, employees, successors, shareholders, assigns and attorneys, as well as all those in active concert or participation with them, be preliminarily and permanently enjoined from:

    A. Doing any act or thing likely to induce the mistaken belief that Defendant or their products and/or services are in any way affiliated, connected, or associated with FONA or its products and/or services;

    B. Using the FLAVOR UNIVERSITY trademark as defined herein, and any reproduction, counterfeit, copy or imitation of said mark, in connection with the sale, offering for sale, distribution or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; and

    C. Injuring FONA's business reputation and the goodwill associated with FONA's FLAVOR UNIVERSITY trademark, and the business symbolized thereby, and from otherwise unfairly competing with FONA in any manner whatsoever;

5. Awarding FONA monetary relief in an amount to be fixed by the Court or Jury in their discretion as just.

6. Ordering that, pursuant to 15 U.S.C. § 1116, Defendant be directed to file with the Court and serve upon FONA within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the terms of the injunction entered by this Court;

7. Pursuant to 15 U.S.C. § 1117(a) and (b), and 815 ILCS §§ 505/10(a) & 510/3 and/or Illinois common law, because of the exceptional nature of this case resulting from Defendant's deliberate and willful infringing actions, awarding to FONA all reasonable attorneys' fees, costs, and disbursements incurred by it as a result of this action;

8. Because of the exceptional nature of this case resulting from Defendant's deliberate and willful infringing actions, awarding to FONA punitive damages; and

9. Such other and further relief as this Court may deem just and appropriate under the circumstances.

## **DEMAND FOR JURY TRIAL**

FONA hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

        */s/ Steven D. Pearson*
        Steven D. Pearson
        *Sdpearson@Freeborn.com*
        Jennifer L. Fitzgerald
        *jfitzgerald@freeborn.com*

        FREEBORN & PETERS LLP
        311 South Wacker Drive, Suite 3000
        Chicago, IL 60606
        (312) 360-6585

        Jonathan S. Goodman
        *jgoodman@pfs-law.com*
        Scott W. Smilie
        ssmilie@pfs-law.com
        Patzik, Frank & Samotny Ltd.
        200 South Wacker Drive
        Suite 2700
        Chicago, Illinois 60606
        (312) 551-8300

        *Counsel for FONA International Inc.*